No. 23-2598

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

———————————————————

CORECIVIC, INC.,

*Plaintiff-Appellee,*

v.

GOVERNOR OF NEW JERSEY; ATTORNEY GENERAL OF NEW JERSEY,

*Defendants-Appellants*

———————————————————

Appeal from the United States District Court for the
District of New Jersey; No. 23-cv-967

———————————

**DEFENDANTS-APPELLANTS' UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE BRIEF AND APPENDIX**

———————————

<div style="margin-left: 50%;">

MATTHEW J. PLATKIN
*Attorney General of New Jersey*

MICHAEL L. ZUCKERMAN
*Deputy Solicitor General*
New Jersey Attorney General's Office
25 Market Street, PO Box 080
Trenton, New Jersey 08625
*Attorneys for Defendants-Appellants*

</div>

Defendants-Appellants, the Governor of New Jersey and the Attorney General of New Jersey (the State), respectfully move under Fed. R. App. P. 26(b) and 3d Cir. L.A.R. 31.4 for an extension of time to file the State's opening merits brief until January 3, 2024—which would be 16 days from the current due date of December 18, 2023 (and 30 days from the original due date).

Plaintiff-Appellee, CoreCivic, Inc. (CoreCivic), does not oppose this request. The State likewise does not oppose CoreCivic receiving an additional two weeks, which would bring CoreCivic's deadline for its opposition merits brief to February 16, 2024. In support, Defendants-Appellants state as follows:

1.  On October 24, 2023, the Clerk of Court entered the Briefing and Scheduling Order in this appeal, directing the State to file its brief and appendix by December 4, 2023. Dkt. No. 14-1.

2.  On November 2, 2023, the Clerk verbally granted the State's request for a 14-day extension to file its brief and appendix, extending its deadline to December 18, 2023. The State has not received any other extensions. As a result, the State's deadline for its opening brief remains December 18, 2023.

3.  Good cause exists for a 16-day extension from the current due date. In addition to competing staff obligations, holidays, and planned absences among members of our office, as well as my other case obligations as Deputy Solicitor General, I am currently preparing for upcoming oral arguments in two matters:

      a.    I will be presenting oral argument on November 29, 2023, in the New Jersey Supreme Court, in *State v. Higginbotham*, No. A-57-22.

      c.    I will be presenting oral argument on December 12, 2023, in the New Jersey Superior Court, Appellate Division, in *In the Matter of the Appointment of the Council on Affordable Housing by Governor Philip Murphy*, No. A-50-22.

4.    As noted, CoreCivic does not oppose this request. If granted, this request would make CoreCivic's opposition brief due on February 2, 2024. CoreCivic has informed the State that it would in turn request an additional two weeks for its opposition merits brief, to February 16, 2024, to which the State has confirmed it does not object.

Accordingly, the State respectfully requests that the deadline to file its opening brief and appendix be extended to January 3, 2024, and that CoreCivic's deadline to respond by extended to February 16, 2024.

Dated: November 28, 2023        Respectfully submitted,

                                      /s/ Michael L. Zuckerman
                                      Michael L. Zuckerman
                                      Deputy Solicitor General
                                      Office of the New Jersey Attorney General
                                      25 Market Street, P.O. Box 080
                                      Trenton, New Jersey 08625
                                      *Attorney for Defendants-Appellants*

# **CERTIFICATION OF COMPLIANCE**

Pursuant to Fed. R. App. P. 27(d) and L.A.R. 31.1(c), I hereby certify that:

1. This brief complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because the brief contains 393 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(a)(7)(B)(iii).

2. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because the brief has been prepared in a proportionally spaced typeface using the Microsoft Word word-processing system in Times New Roman that is at least 14 points.

3. This brief complies with L.A.R. 31.1(c) in that prior to being electronically submitted, it was scanned by the following virus-detection software and found to be free from computer viruses:

    Company: McAfee, Inc.

    Product: McAfee Endpoint Security, version 10.7

Dated:   November 28, 2023      /s/ Michael L. Zuckerman
                                                             Michael L. Zuckerman
                                                             Deputy Solicitor General

## CERTIFICATION OF BAR MEMBERSHIP

I hereby certify that I am a member in good standing of the bar of the United States Court of Appeals for the Third Circuit.

Dated:      November 28, 2023                          /s/ Michael L. Zuckerman
                                                                                            Michael L. Zuckerman
                                                                                            Deputy Solicitor General

## CERTIFICATION OF SERVICE

I hereby certify that on November 28, 2023, I filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Third Circuit via the appellate CM/ECF system. Counsel of record for all parties are registered CM/ECF users and will be served by the appellate CM/ECF system.

                                                                                  /s/ Michael L. Zuckerman
                                                                                    Michael L. Zuckerman
                                                                                   Deputy Solicitor General