23-2598

IN THE

# United States Court of Appeals
### FOR THE THIRD CIRCUIT

❖◆❖

CORECIVIC, INC.,

*Plaintiff-Appellee,*

—v.—

GOVERNOR OF NEW JERSEY, ET AL.,

*Defendants-Appellants.*

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (NO. 3:23-CV-00967)

---

**MOTION TO FILE BRIEF OF PAX CHRISTI USA AS**
***AMICUS CURIAE* IN SUPPORT OF DEFENDANTS-APPELLANTS**

---

DAVID N. CINOTTI
BRENDAN M. WALSH
DOMINIQUE KILMARTIN
PASHMAN STEIN WALDER
  HAYDEN, P.C.
21 Main Street, Suite 200
Hackensack, New Jersey 07601
(201) 488-8200

*Attorneys for Amicus Curiae*

Pursuant to Federal Rule of Appellate Procedure 29(a)(3), Pax Christi USA ("Pax Christi") respectfully requests leave of this Court to file the attached brief as amicus curiae in support of defendants-appellants Philip D. Murphy and Matthew J. Platkin, in their respective official capacities as the Governor and Attorney General of the State of New Jersey (the "State" or "New Jersey").[1]

Pax Christi, often referred to as the national Catholic peace movement, derives its 501(c)(3) status from the United States Conference of Catholic Bishops and is a national section of Pax Christi International, which enjoys NGO status at the United Nations. Pax Christi strives to promote peace with justice as articulated in the gospel and in Catholic social teaching. In line with its mission, Pax Christi is committed to promoting the human dignity, health, and safety of all individuals, especially the marginalized and including those who are incarcerated.

This appeal directly impacts the human dignity, health, and safety of incarcerated individuals in New Jersey, as well as the general well-being and morality of New Jersey's broader citizenry. The Court must determine the constitutionality of New Jersey Assembly Bill 5207 ("AB 5207"), which prohibits private detention centers in the State from entering future contracts, thus preventing their operation in the State once their existing contracts expire. The

---

[1] Both the State and plaintiff-appellee CoreCivic, Inc. ("CoreCivic") were notified of Pax Christi's intent to file an amicus brief. The State consented, but CoreCivic neither consented nor opposed, requiring Pax Christi to file this motion.

1

State enacted AB 5207 in response to years of empirical data demonstrating that health and safety conditions in private prisons are measurably worse than those in government-operated institutions, and that existing oversight protocols have continually proven ineffective at holding private prisons accountable. Yet the district court held that AB 5207 was unconstitutional with respect to CoreCivic's Elizabeth Detention Center ("EDC"), thereby permitting its continued operation—and, by extension, the perpetuation of its concerning conditions and practices—in the State.

Pax Christi seeks to submit the attached amicus brief to provide important background on why the State's exercise of its traditional police powers through AB 5207 is critical to the health and safety of those whom the federal government chooses to detain in New Jersey under its immigration authority—an issue that lies at the core of the State's appeal. Pax Christi has extensive experience researching, educating, and advocating for reform across various public-health contexts, including immigration enforcement and incarceration. Accordingly, Pax Christi is well positioned to elaborate on the public health and safety issues that led to the State's enactment of AB 5207, as well as to highlight the grave impact the district court's decision has had, and will continue to have, on the health, safety, and morality within the State.

## **CONCLUSION**

For all these reasons, Pax Christi respectfully requests the Court's permission to file the attached amicus brief.

Date: January 10, 2024

*/s/ David N. Cinotti*
David N. Cinotti
Brendan M. Walsh
Dominique Kilmartin
**PASHMAN STEIN WALDER HAYDEN**
A Professional Corporation
Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ 07601

*Attorneys for Amicus Curiae Pax Christi USA*

## CERTIFICATION OF BAR MEMBERSHIP

I certify pursuant to Local Rule 46.1(e) that I am a member in good standing of the bar of this Court.

Date: January 10, 2024             */s/ David N. Cinotti*
                                    David N. Cinotti

## CERTIFICATION OF UNCONTESTED MOTION

I certify pursuant to Local Rule 27.3 that I notified both the State and CoreCivic of Pax Christi's intent to file an amicus brief. Counsel for the State advised that it consents to Pax Christi's request for leave to file a brief as amicus curiae. Counsel for CoreCivic advised that it neither consents nor opposes Pax Christi's request for leave to file a brief as amicus curiae.

Date: January 10, 2024             */s/ David N. Cinotti*
                                    David N. Cinotti

## CERTIFICATION OF SERVICE

I hereby certify that on January 10, 2024, the foregoing motion was filed via CM/ECF. Service was accomplished on all parties or their counsel of record via CM/ECF.

Date: January 10, 2024             */s/ David N. Cinotti*
                                    David N. Cinotti