**ADDENDUM TO BRIEF OF AMICUS CURIAE, PAX CHRISTI USA**

I, David N. Cinotti, counsel of record for amicus curiae Pax Christi USA, hereby certify pursuant to Local Rule 31.1(c) as follows:

1. The text of the electronic and hard copy forms of Pax Christi's amicus brief are identical.

2. A virus check of the electronic PDF version of Pax Christi's amicus brief was performed using Webroot Endpoint Protection v.9.0.31.86, and according to that program no virus was detected.

Date: January 12, 2024

*/s/ David N. Cinotti*
David N. Cinotti