UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

BCO-052

No. 23-2598

CORECIVIC, INC.

v.

GOVERNOR OF NEW JERSEY; ATTORNEY GENERAL NEW JERSEY,
Appellants

(D.N.J. No. 3-23-cv-00967)

Present:  CHUNG, Circuit Judge

1.  Motion by American Civil Liberties Union of New Jersey and 27 other
    Community Organizations for Leave to File Amici Curiae Brief in Support of
    Appellants

Respectfully,
Clerk/MS

ORDER

The foregoing motion by the American Civil Liberties Union of New Jersey and 27 other
community organizations for leave to file amici curiae brief in support of appellants is
GRANTED.

By the Court,

s/ Cindy K. Chung
Circuit Judge

Dated:   January 23, 2024
MS/cc:   All counsel/parties of record