# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-2598

CoreCivic, Inc. vs. Governor of New Jersey, et al.

## ENTRY OF APPEARANCE

Please list the names of **all** parties represented, using additional sheet(s) if necessary:

American Civil Liberties Union of New Jersey and 27 other community organizations (listed on appended page)

Indicate the party's role IN THIS COURT (check **only** one):

☐ Petitioner(s) ☐ Appellant(s) ☐ Intervenor(s)
☐ Respondent(s) ☐ Appellee(s) ☑ Amicus Curiae

(Type or Print) Counsel's Name: Farrin R. Anello

☐ Mr. ☑ Ms. ☐ Mrs. ☐ Miss ☐ Mx.

Firm: American Civil Liberties Union of New Jersey Foundation

Address: P.O. Box 32159

City, State, Zip Code: Newark, New Jersey 07102

Phone: (973) 854-1713    Fax: (973) 642-6523

Primary E-Mail Address (required): fanello@aclu-nj.org
Additional E-Mail Address (1): courtfiling@aclu-nj.org
Additional E-Mail Address (2):
Additional E-Mail Address (3):

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

**SIGNATURE OF COUNSEL:** s/Farrin R. Anello

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.

REV. 10/20/2020

# List of Additional Amici

1. AAPI New Jersey
2. American Friends Service Committee
3. Bayard Rustin Center for Social Justice
4. Bend the Arc: Jewish Action
5. Deportation & Immigration Response Equipo
6. Detention Watch Network
7. El Pueblo Unido of Atlantic City y Pueblos Cercanos
8. Faith in New Jersey
9. First Friends of New Jersey and New York
10. Latina Civic Action
11. Latino Action Network
12. Latino Coalition of New Jersey
13. LatinoJustice PRLDEF
14. Law Enforcement Action Partnership
15. Lazos América Unida
16. Make the Road New Jersey
17. New Jersey Alliance for Immigrant Justice
18. New Jersey Consortium for Immigrant Children
19. New Jersey Parents' Caucus, Inc.
20. New Jersey Policy Perspective
21. New Labor
22. Northern New Jersey Sanctuary Coalition
23. Reformed Church of Highland Park
24. T'ruah: The Rabbinic Call for Human Rights
25. Unitarian Universalist FaithAction of New Jersey
26. Volunteer Lawyers for Justice
27. Wind of the Spirit Immigrant Resource Center