

# State of New Jersey

| | | |
|---|---|---|
| **PHILIP D. MURPHY**<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>OFFICE OF THE SOLICITOR GENERAL<br>PO BOX 080<br>TRENTON, NJ 08625 | **MATTHEW J. PLATKIN**<br>*Attorney General* |
| **TAHESHA L. WAY**<br>*Lt. Governor* | | **JEREMY M. FEIGENBAUM**<br>*Solicitor General* |

August 5, 2024

Patricia S. Dodszuweit, Clerk of Court
U.S. Court of Appeals for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Re:   *CoreCivic v. Murphy*, No. 23-2598

Dear Ms. Dodszuweit,

I represent Philip D. Murphy, Governor of New Jersey, and Matthew J. Platkin, Attorney General of New Jersey, in the above captioned matter. Briefing in this matter is complete. Please note that I am unavailable for argument on the following dates:

1. October 3 & 4: The Jewish holiday of Rosh Hashana.

2. October 7-11: Oral Argument in *Texas v. United States*, No. 23-40653 (CA5) in New Orleans (precise date TBD, but I will update the Court at that time).

3. October 25 – November 1: I will be traveling out of the country.

I therefore respectfully request that oral argument in this matter not be scheduled on the above dates.

Thank you for your consideration.



Respectfully yours,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Jeremy M. Feigenbaum
    Jeremy M. Feigenbaum
    Solicitor General

c: All Counsel