UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **23-2598**

CoreCivic Inc v. Governor of New Jersey

To:　　Clerk

1)　　Unopposed Motion of the United States for Leave to Participate in Oral Argument as Amicus Curiae

The foregoing motion is referred to the merits panel.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: January 13, 2025
Amr/cc: All counsel of record