OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

March 4, 2025

| | |
|---|---|
| Farrin R. Anello, Esq. | Molly K.C. Linhorst, Esq. |
| David N. Cinotti, Esq. | John M. Miano, Esq. |
| David J. Goldsmith, Esq. | McKaye L. Neumeister, Esq. |
| Alex Hemmer, Esq. | Bradley D. Simon, Esq. |
| Dominique Kilmartin, Esq. | Brendan M. Walsh, Esq. |
| Thomas A. Kissane, Esq. | Michael L. Zuckerman, Esq. |
| Nathaniel I. Levy, Esq. | |

RE: CoreCivic Inc v. Governor of New Jersey, et al
Case Number: 23-2598
District Court Case Number: 3:23-cv-00967

Dear Counsel:

The above-entitled case has been listed for disposition **during the week of April 28, 2025.**

Approximately 18 calendar days prior to the disposition week you will be advised of the amount of time allocated by the panel, and the specific date on which argument will be scheduled. Pursuant to Fed. R. App. P. 29(a)(8), an amicus curiae may participate in oral argument only with the Court's permission.

Page – 2 –

Counsel shall file an acknowledgment form **within seven (7) days** from the date of this letter to provide the name of the attorney who will present oral argument. In addition, please indicate whether or not counsel is a member of the bar of this Court. [1]If the attorney is not a member of the bar of this Court, an application for admission shall be completed and submitted to this office without delay.

The hyperlinks for access to the acknowledgment form, application for admission, and appearance form are provided for your convenience, and are also available on the Third Circuit website. Please file your completed acknowledgment form through CM/ECF.

Counsel are also asked to update their PACER account with a cell phone number if one is not already included. Such information will not be publicly accessible and will be used if necessary to contact counsel expected to appear for oral arguments.

Very truly yours,

*Patricia A Dodszuweit*

PATRICIA S. DODSZUWEIT
Clerk

By:

*Ashley M. Ritz*

Ashley Ritz
Calendar Clerk
267-299-4947

---

[1] Bar membership is not necessary if counsel represents a U.S. government agency or officer thereof or if the party is appearing pro se.