# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

No. 23-2598

CORECIVIC, INC.,
    *Plaintiff-Appellee*,

v.

GOVERNOR OF NEW JERSEY, et al.,
    *Defendants-Appellants*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (No. 3:23-cv-00967)

## DEFENDANTS-APPELLANTS' UNOPPOSED MOTION TO SET ORAL ARGUMENT ON APRIL 30, MAY 1, or MAY 2, 2025

MATTHEW J. PLATKIN
 *Attorney General of New Jersey*

JEREMY M. FEIGENBAUM
 *Solicitor General*

Office of the New Jersey Attorney General
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, NJ 08625-0080
(862) 350-5800
Jeremy.Feigenbaum@njoag.gov

*Attorney for Appellants*

Defendants-Appellants, the Governor of New Jersey and the Attorney General of New Jersey, write to inform the Court about limited attorney unavailability during the week of April 28, 2025, in which this case is scheduled for oral argument, and to request that the Court take counsel's availability into consideration when setting a specific oral argument date.

On March 3, 2025, Appellants filed an unopposed motion requesting that the Court set a date for oral argument in this case. Dkt. 78. The Clerk promptly granted the motion, and listed the case for disposition during the week of April 28, 2025. Dkt. 79, 80. Since that time, the New Jersey Supreme Court has set oral argument in another case, *In re State Grand Jury*, No. A-1524, which the undersigned will also be arguing, for either April 28 or April 29. In light of that development, counsel for Appellants respectfully request that the Court schedule oral argument in this case for April 30, May 1, or May 2, so that the undersigned can participate in oral argument both in this case and in the separate New Jersey Supreme Court matter earlier that week. Counsel for Appellee and for the United States do not oppose this request.

Dated: March 20, 2025          Respectfully submitted,

                                           /s/ Jeremy M. Feigenbaum
                                           Jeremy M. Feigenbaum
                                           Solicitor General
                                           Office of the New Jersey Attorney General
                                           25 Market Street, P.O. Box 080
                                           Trenton, New Jersey 08625

*Attorney for Defendants-Appellants*

# CERTIFICATION OF COMPLIANCE

Pursuant to Fed. R. App. P. 27(d) and L.A.R. 31.1(c), I hereby certify that:

1. This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because the motion contains 203 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(a)(7)(B)(iii).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because the motion has been prepared in a proportionally spaced typeface using the Microsoft Word word-processing system in Times New Roman that is at least 14 points.

3. This brief complies with L.A.R. 31.1(c) in that prior to being electronically submitted, it was scanned by the following virus-detection software and found to be free from computer viruses:

    Company: Crowdstrike

    Product: Windows Sensor, version 7.21.19205.0

Dated:    March 20, 2025    /s/ Jeremy M. Feigenbaum
    Jeremy M. Feigenbaum
    Solicitor General

## CERTIFICATION OF BAR MEMBERSHIP

I hereby certify that I am a member in good standing of the bar of the United States Court of Appeals for the Third Circuit.

Dated: March 20, 2025

/s/ Jeremy M. Feigenbaum
Jeremy M. Feigenbaum
Solicitor General

## CERTIFICATION OF SERVICE

I hereby certify that on March 20, 2025, I filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Third Circuit via the appellate CM/ECF system. Counsel of record for all parties are registered CM/ECF users and will be served by the appellate CM/ECF system.

Dated: March 20, 2025

/s/ Jeremy M. Feigenbaum
Jeremy M. Feigenbaum
Solicitor General