# UNITED STATES COURT OF APPEALS FOR THIRD CIRCUIT

No. **23-2598**

**CoreCivic Inc.** vs. **Governor of New Jersey, et al.**

Calendar Date **5/1/25**   Location **Philadelphia, PA**

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: **McKaye L. Neumeister**

Designation of Arguing Counsel: **McKaye L. Neumeister**

Member of the Bar:  ☐ Yes   ☑ No

Representing (check only one):

☐ Petitioner(s)   ☐ Appellant(s)   ☐ Intervenor(s)

☐ Respondent(s)   ☐ Appellee(s)   ☑ Amicus Curiae

Please list the name of the lead party being represented:

**United States of America**

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)