# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-2598

CoreCivic Inc. vs. Governor of New Jersey, et al

Calendar Date: 5/1/2025     Location: Philadelphia, PA

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: Bradley D. Simon

Designation of Arguing Counsel: Bradley D. Simon

Member of the Bar: [✓] Yes   [ ] No

Representing (check only one):

[ ] Petitioner(s)   [ ] Appellant(s)   [ ] Intervenor(s)

[ ] Respondent(s)   [✓] Appellee(s)   [ ] Amicus Curiae

Please list the name of the lead party being represented:

Core Civic Inc.

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)