<u>9:30 A.M.</u>
<u>THE ALBERT BRANSON MARIS COURTROOM (19TH FLOOR)</u>

<u>THURSDAY, MAY 1, 2025</u>

<u>Coram: KRAUSE, BIBAS and AMBRO, Circuit Judges</u>

<u>No. 23-2598</u>

CORECIVIC, INC.
v.
GOVERNOR OF NEW JERSEY;
ATTORNEY GENERAL NEW JERSEY,
Appellants

| <u>Counsel for Appellants</u> | <u>Counsel for Appellee</u> |
|---|---|
| JEREMY M. FEIGENBAUM<br>[Appellants]<br>(30 minutes per Court) | BRADLEY D. SIMON<br>[Core Civic Inc.]<br>(15 minutes per Court) |
| | MCKAYE L. NEUMEISTER<br>[Amicus USA]<br>(15 minutes per Court) |
| (30 minutes Total per Court) | (30 minutes Total per Court) |